

RECEIVED
JUN 10 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION SEVENTH CIRCUIT

EDWARD NOVOTNY )
)
Plaintiff, )
)
)
)
HYDRAFORCE, BOSH REXROTH )
et al. )
)
Defendants, )

1:25-cv-6497
Judge Jeffrey I Cummings
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 2

COMPLAINT

NOW HERE COMES THE PLAINTIFF Mr. Edward Novotny complaining of the Defendant Hydraforce, Rexroth, of Race Discrimination, Sex Discrimination, Sexual Harrassment, Hostile Work Envirnment, Age Discrimination, Failure to accommodate Mr. Novotny's Disability, Wrongful termination.

Introduction

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, Age Discrimination in Employment Act of 1967 (ADEA), the American with Disabilities Act of 1990, (ADA), and the Family Medical Leave Act (FMLA) 42 U.S.C. 1981A breach of contract race discrimination

2. This Court has Jurisdiction of this action pursuant to 28 U.S.C. § 1331.

3. Venue is proper under U.S.C. § 1391 (b). All parties involved resided in, or acted in this Judicial District, and the events giving rise to these claims asserted herein occurred within this District.

1

## Parties/ Background

4. Mr. Novotny was born in Chicago July 15, 1960.

5. Mr. Novotny has resided in the Chicagoland area most of his life.

6. Mr. Novotny is a high school graduate and earned an associates degree from DeVry Universityin electronic engineering.

7. Mr. Novotny has worked in the past 32 years as a mechanical and electronic assembler., mechanic and troubleshooter.

8. Mr. Novotny has in the past has worked for such companies as Caterpillar, Toyota, Hyster, Power Var, and Plexus to name a few.

9. Mr. Novotny is well aquainted with being a mechanic and mechanical assembly.

10. Mr. Novotny developed a severe disibility with his right knee having torn the meniscus in the knee and developing severe arthritis in the right knee.

11. The injury that Mr. Novotny sustained seriously disabled Mr. Novotny fro doing his nnormal work activities or being able to work a full time postion.

12. Mr. Novotny then applied at Hydraforce for a partime assembler of hydralic valves and was hired to do so with Hydraforce being notified of Mr. Novotny's disability.

13. Mr. Novotny began working at Hydraforce in March of 2022 but was put to work as a "Parts washer /stocker", not as an assembler.

14. Working in the Parts washer/ stocker position caused Mr. Novotny a great deal of pain and suffering, sometimes to the point that Mr. Novotny could barely walk.

15. May 19th 2023 was Mr. Novotny's last day of work at Hydraforce because of the great pain Mr. Novotny was experiencing due to his disability.

## Parties/ Background Continued

16. Hydraforce is a company that manufactures hydralic control valves, manifolds and hydralic cylinders.
17. Hydraforce is located at 500 Barclay Blvd. in Lincolnshire, IL 60069.
18. Hydraforce has been in business since 1985 and has locations world wide.
19. Hydraforce was bought out by Bosch Rexroth in 2023.
20. The employee makeup of Hydraforce is 96% Hispanic, 3% Afracan American and 1% White.

21. Plaintiff filed his complaint on June 9th 2025 and is considered timely after receiving a "Right to Letter" from the EEOC on March 10th 2025.

## Events

22. Mr. Novotny first interveiwed with Edwin Mendoza of Hydraforce in around March 3rd 2022 and took a tour of the plant, afterwards I spoke with Mr. Mendoza about working as an assembler because of Mr. Novotny's disability.

23. Mr. Mendoza agreed to accommodate Mr. Novotny's disability and Mr. Novotny was to begin working as an assembler as soon as Mr. Novotny took a drug test and passed a background check.

24. A contract at that point was formed between Mr. Novotny and Hydraforce, thru Mr. Mendoza, that Hydraforce would accommodate Mr. Novotny's disability and that once Mr. Novotny passed the other hiring requirements Mr. Novotny would begin working at Hydraforce as an assembler.

25. Mr. Novotny passed the drug test and background check and was told to report to work on Monday March 21st 2022, second shift.

26. When Mr. Novotny reported for work that Monday he was greeted by the second shift supervisor "Theresa" and then was brought over to the parts cleaning and delivery department and was told that he would be working in the parts cleaning department.

27. Mr. Novotny had spoken with "Theresa" that he was suppose to work in assembly, Mr. Novotny was told "This is all we have for you to do".

28. Mr. Novotny knew that this was not true because as Mr. Novotny would go around restocking parts to the various assembly stations, Mr. Novotny would see new working at assembly positions. All were Hispanic.

29. The parts washer / stocker position was really taking it's toll on Mr. Novotny's body especially his disabled, damaged right knee because of all the walking and heavy lifting required in the parts washer / stocker position.

30. Finally on May 19th 2023, Mr. Novotny could no longer make it in to work more because the condition of his disability had become so bad Mr. Novotny could barely walk anymore.

4

## Events Continued

31. Mr. Novotny called his supervisor "Theresa" to notify her that Mr. Novotny would not be into work that he was hurt and could not make it in to work everyday.
32. On May 25th 2023, Mr. Novotny was contacted by H.R. Generalist Yadira Rivera to discuss Mr. Novotny's medical leave.
33. On June 3rd 2023, Mr. Novotny spoke with H.R. Generalist Yadira Rivera about his medical condition, Mr. Novotny stated that he needed more time off.
34. On June 12th 2023, Mr. Novotny spoke again with H.R. Generalist Yadira Rivera about going on FMLA and she stated that she would send out to me the necessary paperwork so I could be put on FMLA.
35. Mr. Novotny never received the FMLA paperwork from Hydraforce.
36. On June 26th 2023, Mr. Novotny was in contact with H.R. Generalist Yadira Rivera stating that he had not received the FMLA paperwork. Yadira Rivera stated that she would again send out FMLA paperwork.
37. On July 11th 2023, Mr. Novotny spoke again with H.R. Generalist Yadira Rivera sating to her that I still had not received any FMLA papaerwork.
38. On that same date H.R. Generalist Yadira Rivera suggested that Mr. Novotny come into Hydraforce to pickup the FMLA paperwork.
39. Mr. Novotny stated that he could not come into Hydraforce to pickup the FMLA and why was there such a problem in mailing it out to Mr. Novotny.
40. Mr. Novotny then received a letter from Hydraforce by H.R. Generalist Yadira Rivera that Mr. Novotny abandoned his job and wass terminated. From Hydraforce.

## COUNT 1     29 U.S.C. § 621 et. Seq. Age Discrimination in Employment Act of 1967

Mr. Novotny feels that he was discriminated against because of his age. Mr. Novotny has many years of mechanical assembly experience but assembly positions were given to much younger less experienced Hispanic workers.

## COUNT II     42 U.S.C. § 1981a Breach of contract Race Discrimination

Mr. Novotny knows and believes that he had a contract with Hydraforce to work as an assembler. Instead Hydraforce thru their supervisor "Theresa" placed Mr. Novotny in a job that was not suited for Mr. Novotny because of his disability and instead was placing younger Hispanics in the assembly position.

## COUNT III Title VII of the Civil Rights Act of 1964 Sex Discrimination

Mr. Novotny knows and believes that he was discriminated against because of his sex. Mr. Novotny sought and was hired as a assembly technician but was told that there were no assembly positions open by his supervisor "Theresa" and placed into a more difficult position for Mr. Novotny to be able to perform. Instead asssembly positions were given primarily to inexperienced females.

## COUNT IV Title VII of the Civil Rights Act of 1964 Sexual Harrassment

Mr. Novotnny knows and believes that he suffered sexual harrassment while an employee of Hydraforce. Mr. Novotny was called into an office by his supervisor "Theresa" forced to foced to sign a write up that he had sexually harrassed two female co-workers. Mr. Novotny was never given a copy of the write-up, was never told who he harrassed or what was said. Mr. Novotny feels that he was thee one sexually harrassed by Hydraforce.

### COUNT V Title VII of the Civil Rights Act of 1964 Race Discrimination
### Hostile Work Envirnment

Mr. Novotny knows and believes that he was discriminated agaist because of his race being White in a company that is over 90% Hispanic. Mr. Novotny was denied the job he applied for enven though he was hired on for an assemblers position which was being given to African Americans, and Hispanics, that Mr. Novotny was highly qualified to do. Mr. Novotny was also sexually harrasssed by a supervisor, and also Mr. Novotny was denied to be able to go on FMLA.

### COUNT VI Violation of ADA

Mr. Novotny knows and believes that ADA rights were violated. Mr. Novotny applied for a position with Hydraforce that would accommodate his disabilitiy. Instead Hydraforce gave Mr. Novotny a position that was so adverse to Mr. Novotny's disability that he was forced to give up his job at Hydraforce. Mr. Novotny's rights under ADA were abused and neglected.

### COUNT VII Violation of FMLA

Mr. Novotny knows and believes that his right to be placed on FMLA was violated by Hydraforce by not sending Mr.Novotny the necessary paperwork so that Mr. Novotny could have the opportunity to be placed on FMLA and instead terminated Mr. Novotny.

Werefore The Plaintiff seeks damages for Pain and suffering, mental anguish, Compensatory and Punitive Damages.

**Plaintiff Demands A Trial By Jury**

Respectfully submitted by the Plaintiff, Edward Novotny

Submitted by the Plaintiff Edward F. Novotny III

This 9th day of June 2025

E-Signature __Edward F Novotny III



## CERTIFICATE OF SERVICE

The Petitioner, Edward F. Novotny III, appearing Pro Se hereby certifies that he caused a copy of the Petitioner's complaint to the Defendant Hydraforce c/o Yadira Rivera at 500 Barclay Blvd. Lincolnshire, Il 60069 this 9th day of June 2025

By US Certified Mail